**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV11-10321 JAK (PLAx) | Date | December 5, 2012 |
|---|---|---|---|
| Title | Morgan Stanley International Incorporated, et al. v. Rei Umekubo | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On December 5, 2012, Plaintiffs filed "Notice of Settlement" (Dkt. 25). The Court sets an Order to Show Cause re Dismissal for January 14, 2013 at 1:30 p.m. If the parties file a dismissal by January 11, 2013, the matter will be taken off calendar and no appearance by counsel will be required.

The Court vacates the following dates:

1. Plaintiffs' Motion to Dismiss Pursuant to Mandatory Forum Selection Clause, Defendant's Affirmative Offset Defense for Ninety Days "Garden Leave" (Dkt. 21) and Plaintiffs' Motion to Update Scheduling Order to Reflect Court Trial Given Absence of Jury Demand (Dkt. 24) set for January 14, 2013;

2. Final Pretrial Conference set for February 4, 2013;

3. Exhibit Conference set for February 15, 2013; and

4. Jury Trial set for February 19, 2013.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |